# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV41

| | |
|---|---|
| SYNERGY FINANCIAL, L.L.C, and NYNC, LLC, ) ) ) Plaintiffs, ) ) Vs. ) ) FRANCIS A. ZARRO, JR.; ) AMERICAN PASTIME HOLDINGS, ) INC.; and Z-HeMa, LLC, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for default judgment as to the Defendants American Pastime Holdings, Inc., and Z-HeMa, LLC, and Plaintiffs' motion for summary judgment as to the Defendant Francis Zarro, Jr.

The motion for default judgment will be deferred until after a ruling on the Plaintiffs' motion for summary judgment and the summary judgment motion is respectfully referred to the Magistrate Judge for a memorandum and recommendation.

**IT IS, THEREFORE, ORDERED** that the ruling on the Plaintiffs' motion for default judgment is hereby deferred until after a ruling is issued on the motion for summary judgment.

The Clerk is requested to refer the Plaintiffs' motion for summary judgment to the Magistrate Judge.

**Signed: June 17, 2005**

Lacy H. Thornburg
United States District Judge