IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV41

| | |
|---|---|
| SYNERGY FINANCIAL, L.L.C, and NYNC, LLC, ) ) ) Plaintiffs, ) ) Vs. ) ) FRANCIS A. ZARRO, JR.; ) AMERICAN PASTIME HOLDINGS, ) INC.; and Z-HeMa, LLC, ) ) Defendants. ) ) | ORDER OF DISMISSAL |

**THIS MATTER** is before the Court on the Plaintiffs' motion to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). No responses or objections to the Plaintiffs' motion have been received from the Defendants.

For the reasons stated in the motion, and there being no objections filed,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' motion to dismiss without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) is **ALLOWED**, and this

matter is hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' refiling this action within one year from entry of this Order.

**Signed: December 2, 2005**

Lacy H. Thornburg
United States District Judge